AO 245A  (Rev. 12/03) Judgment of Acquittal

# UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF GEORGIA

UNITED STATES OF AMERICA

V.

HAROLD KNOWLES

**JUDGMENT OF ACQUITTAL**

CASE NUMBER:   5:17-CR-43-002-MTT-CHW

The Defendant was found not guilty.  IT IS ORDERED that the Defendant is acquitted, discharged, and any bond exonerated.

s/Marc T. Treadwell

Signature of Judge

MARC T. TREADWELL, UNITED STATES DISTRICT JUDGE

Name and Title of Judge

October 10, 2018

Date